UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KALIEF WILLIAMS,

                              Plaintiff,

    -against-

THE RUSSO'S PAYROLL GROUP, INC. d/b/a
RUSSO'S ON THE BAY, FRANK RUSSO, JR.,
ROBERT "ROBBIE" RUSSO, and GIUSEPPE
"JOE" VACCA,

                              Defendants.
------------------------------------------------------------X

Case No.: 1:21-cv-2922 (EK) (CLP)

### NOTICE OF APPEARANCE OF EMANUEL KATAEV, ESQ. FOR DEFENDANTS THE RUSSO'S PAYROLL GROUP, INC., FRANK RUSSO, JR., and GIUSEPPE VACCA

       PLEASE TAKE NOTICE that Emanuel Kataev, Esq. hereby appears as counsel for Defendants The Russo's Payroll Group, Inc., Frank Russo, Jr., and Giuseppe Vacca. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       July 30, 2021

                                            **MILMAN LABUDA LAW GROUP PLLC**

                                            __/s Emanuel Kataev, Esq._____
                                            Emanuel Kataev, Esq.
                                            3000 Marcus Avenue, Suite 3W8
                                            Lake Success, NY 11042-1073
                                            (516) 328-8899 (office)
                                            (516) 303-1395 (direct dial)
                                            (516) 328-0082 (facsimile)
                                            emanuel@mllaborlaw.com

                                            *Attorneys for Defendants*
                                            *The Russo's Payroll Group, Inc.*
                                            *Frank Russo, Jr., and*
                                            *Giuseppe Vacca*