AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York  ▼

| | |
|---|---|
| KALIEF WILLIAMS | ) |
| *Plaintiff* | ) |
| v | ) |
| THE RUSSO'S PAYROLL GROUP ET AL | ) |
| *Defendant* | ) |

Case No.   21-CV-2922 (ERK)(CLP)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KALIEF WILLIAMS

_____   .

Date: _____ 8/12/21

_____
*Attorney's signature*

Andrew B. Stoll (AS8808)
*Printed name and bar number*

Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
*Address*

astoll@stollglickman.com
*E-mail address*

(718) 852-3710
*Telephone number*

(718) 852-3586
*FAX number*