UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ATTORNEY: STATES PROCESS SERVING COMPAN

KALIEF WILLIAMS

Plaintiff(s),

-against-

THE RUSSO'S PAYROLL GROUP, INC. D/B/A RUSSO'S ON THE BAY, ET AL

Defendant(s),

Index No. 1:21-cv-02922-EK-Cl

Filing Date: 05/25/2021

## AFFIDAVIT OF SERVICE

STATE OF New York, COUNTY OF Chautauqua ss.:

Stephanie Blanchard, The undersigned, being duly sworn, deposes and says;

Deponent is not a party to this action, is over 18 years of age and resides in New York.

That on 8-2-21 at 9:00am at **LAKEVIEW CORRECTIONAL FACILITY 9300 LAKE AVENUE, BROCTON, NY14716** deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND on **ROBERT (ROBBIE) RUSSO, DIN # 21R0252**, the above defendant therein named.

### INDIVIDUAL

__X__ by delivering a true copy to said defendant personally; deponent knew the person served to be the person described as said defendant therein.

### SUITABLE AGE PERSON

____ by delivering thereat a true copy to _____ a person of suitable age and discretion. Said premise is defendant's usual ____ place of abode / ____ place of business within the state.

### AFFIXING TO DOOR, ETC.

____ by affixing a true copy to the door of said premises, which is defendant's usual place of abode within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: _____

### MAILING

____ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at **LAKEVIEW CORRECTIONAL FACILITY 9300 LAKE AVENUE, BROCTON, NY14716** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within ____ on ____. The envelope bore the legend *Personal and Confidential* and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

### DESCRIPTION

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | Male | X | White Skin | X | Black Hair | __ | White Hair | __ | 18-20 Yrs | __ Under 5' | __ Under 100 lbs |
| __ | Female | __ | Black Skin | __ | Brown Hair | __ | Balding | X | 21-35 Yrs | __ 5'0-5'3" | __ 100-130 lbs |
| | | __ | Yellow Skin | __ | Blonde Hair | __ | Mustache | __ | 36-50 Yrs | __ 5'4"-5'8" | __ 131-160 lbs |
| | | __ | Brown Skin | __ | Gray Hair | __ | Beard | __ | 51-65 Yrs | X 5'9"-6'0" | X 161-200 lbs |
| | | __ | Red Skin | __ | Red Hair | __ | Glasses | __ | Over 65 Yrs | __ Over 6' | __ Over 200 lbs |

**MILITARY SERVICE** SB — I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on August 2, 2021

*Aiesha Rhoda*

AIESHA RHODA
Notary Public, State of New York
No. 01RH6358001
Qualified in Chautauqua County
Commission Expires 05/01/2025

*Stephanie Blanchard*
Process Server
AL 1280I2