UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KALIEF WILLIAMS,

                                      Plaintiff,

vs.

THE RUSSO'S PAYROLL GROUP, INC. D/B/A
RUSSO'S ON THE BAY, FRANK RUSSO, JR.,
ROBERT "ROBBIE" RUSSO, AND GIUSEPPE
"JOE" VACCA,                             CERTIFICATE OF DEFAULT
                                                                          **DOCKET No. 21**-CV-02922 (EK)(CLP)

                                      Defendants.

-----------------------------------------------------------x

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant Robert "Robbie" Russo has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Robert "Robbie" Russo is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York

        November 10, 2021

                                                                         DOUGLAS C. PALMER, Clerk of Court

                                                                         By: *Jalitza Poveda*
                                                                              Deputy Clerk