UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KALIEF WILLIAMS,

                      Plaintiff,

     -against-

THE RUSSO'S PAYROLL GROUP, INC. d/b/a
RUSSO'S ON THE BAY, FRANK RUSSO, JR.,
ROBERT "ROBBIE" RUSSO, and GIUSEPPE
"JOE" VACCA,

                      Defendants.
-----------------------------------------------------------------X

**Case No.:** 1:21-cv-2922 (EK) (CLP)

## NOTICE OF APPEARANCE OF JOSEPH M. LABUDA, ESQ. FOR DEFENDANT ROBERT RUSSO

PLEASE TAKE NOTICE that Joseph M. Labuda, Esq. hereby appears as counsel for Defendant Robert Russo. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
        December 9, 2021

                                **MILMAN LABUDA LAW GROUP PLLC**

                                __/s Joseph M. Labuda, Esq._____
                                Joseph M. Labuda, Esq.
                                3000 Marcus Avenue, Suite 3W8
                                Lake Success, NY 11042-1073
                                (516) 328-8899 (office)
                                (516) 303-1380 (direct dial)
                                (516) 328-0082 (facsimile)
                                joe@mllaborlaw.com

                                *Attorneys for Defendants*