UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KALIEF WILLIAMS,

                                Plaintiff,

    -against-

THE RUSSO'S PAYROLL GROUP, INC. d/b/a
RUSSO'S ON THE BAY, FRANK RUSSO, JR.,
ROBERT "ROBBIE" RUSSO, and GIUSEPPE
"JOE" VACCA,

                                Defendants.
-----------------------------------------------------------------X

**Case No.:** 1:21-cv-2922 (EK) (CLP)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law in support, and all the prior papers and proceedings herein, Defendants The Russo's Payroll Group, Inc., Frank Russo, Jr., and Giuseppe Vacca will move this Court, before the Hon. Eric Komitee, U.S.D.J., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 6G North, Brooklyn, NY 11201-1804, for an Order: (i) dismissing the complaint for failure to state a claim upon which relief can be granted and on the grounds that the statute of limitations precludes relief pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter "Rules" or "Rule"); (ii) striking scandalous, impertinent, and immaterial allegations in the complaint pursuant to Rule 12(f); and (iii) for such other and further relief as this honorable Court deems just, equitable, and proper.

      Pursuant to this Court's Order dated September 10, 2021, Plaintiff's opposition papers are due on Friday, November 12, 2021 and Defendants' reply papers in further support are due on Monday, November 22, 2021.

      Pursuant to this Court's Individual Practices and Rules ¶ III(C)(2), no motion papers shall be filed until Monday, November 22, 2021, when Defendants shall file all motion papers.

Dated: Lake Success, New York
       October 15, 2021                       **MILMAN LABUDA LAW GROUP PLLC**

                                                        By:   */s   Emanuel Kataev, Esq.*_____
                                                        Joseph M. Labuda, Esq.
                                                        Emanuel Kataev, Esq.
                                                        3000 Marcus Avenue, Suite 3W8
                                                        Lake Success, NY 11042-1073
                                                        (516) 328-8899 (office)
                                                        (516) 328-0082 (facsimile)
                                                        joe@mllaborlaw.com
                                                        emanuel@mllaborlaw.com

                                                        *Attorneys for Defendants*
                                                       *The Russo's Payroll Group, Inc.*
                                                       *Frank Russo, Jr., and*
                                                       *Giuseppe Vacca*