UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KALIEF WILLIAMS,

                                          Plaintiff,     **NOTICE OF MOTION**

           -against-                                   **21-CV-2922 (EK) (CLP)**

THE RUSSO'S PAYROLL GROUP, INC. D/B/A
RUSSO'S ON THE BAY, FRANK RUSSO, JR.,
ROBERT "ROBBIE" RUSSO, AND GIUSEPPE "JOE"
VACCA

                                          Defendants.
------------------------------------------------------------------------ x

      Upon the Declaration of Andrew B. Stoll and its annexed Exhibits, Plaintiff will move this Court, before the Honorable Eric R. Komitee, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, NY, on a date convenient to the Court, for a judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Brooklyn, New York  
April 10, 2022

                                          Stoll, Glickman & Bellina, LLP
                                          Attorneys for Plaintiff
                                          300 Cadman Plaza W., 12th Floor
                                          Brooklyn, NY  11201
                                          (718) 852-3710
                                          astoll@stollglickman.com

                                          by:

                                          _____
                                          Andrew B. Stoll

1