UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

KALIEF WILLIAMS,

                   Plaintiff,          **MEMORANDUM & ORDER**
                                      21-CV-2922(EK)(CLP)

               -against-

THE RUSSO'S PAYROLL GROUP, INC. dba
RUSSO'S ON THE BAY; FRANK RUSSO, JR.;
ROBERT ROBBIE RUSSO et al.,

                   Defendants.

------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Pollak's
Report and Recommendation (R&R) dated August 4, 2022.  ECF No.
41.  Judge Pollak recommends granting Defendant Robbie Russo's
motion to vacate the entry of default against him and his motion
to strike Plaintiff's motion for default judgment.  Neither
party has filed objections, and the time to do so has expired.
*See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983
addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968
F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the
record, I find no clear error; accordingly, Robbie Russo's

motion to vacate the entry of default against him is GRANTED.

Plaintiff's motion for default judgment, ECF No. 29, is DENIED.

SO ORDERED.


                                        /s/ Eric Komitee
                                       _____
                                       ERIC KOMITEE
                                       United States District Judge


Dated:      September 30, 2022
            Brooklyn, New York