# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

† Also admitted in New Jersey

Author: Joseph M. Labuda – Member †
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 303-1380

October 18, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn:</u> Hon. Cheryl L. Pollak, U.S.M.J.
225 Cadman Plaza East
Courtroom 13B South
Brooklyn, NY 11201-1804

    *Re:*    **Kalief Williams v. The Russo's Payroll Group, Inc.** *et al.*
            **Case No. 21-cv-2922 (EK) (CLP)**
            <u>**MLLG File No.: 75-2021**</u>

Dear Judge Pollak:

      This firm represents the Defendants in the above-referenced case. We are in receipt of the Scheduling Order by the Court on October 16, 2023. Defendants write to bring to the Court's attention that Plaintiff failed to meet-and-confer on the substantive issues prior to filing his motion to compel. <u>See</u> Fed. R. Civ. P. 37(a)(1); <u>see</u> also LCR 37.3(a). While it is true that the parties met and conferred about Plaintiff's request for Defendants to file discovery responses (which were served on October 6, 2023, as demanded by the Plaintiff), the parties have <u>not</u> spoken about the substance of Defendants' responses and, in fact, have not spoken nor met and conferred at all since Defendants served their responses, i.e., since October 6, 2023.

      In light of the foregoing, Defendants respectfully request guidance from the Court as to whether the parties should first meet-and-confer prior to submitting Defendants' response to Plaintiff's motion to compel in order to attempt to work out the issues raised by Plaintiff prior to intervention by this Court.

Dated: Lake Success, New York
       October 18, 2023                   Respectfully submitted,
                                               **MILMAN LABUDA LAW GROUP PLLC**
                                                _____/s_____
                                                Joseph M. Labuda, Esq.
                                                3000 Marcus Avenue, Suite 3W8
                                                Lake Success, NY 11042-1073
                                                (516) 328-8899 (office)
                                                (516) 328-0082 (facsimile)
                                                joe@mllaborlaw.com

**VIA ECF**
Stoll, Glickman & Bellina, LLP
<u>Attn</u>: Rita A. Sethi, and Andrew Stoll, Esqs.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(718) 852-3710 (phone)
(718) 852-3586 (facsimile)
rsethi@stollglickman.com
astoll@stollglickman.com

cc:     Client