# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 17, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn:</u> Hon. Cheryl L. Pollak, U.S.M.J.
225 Cadman Plaza East
Courtroom 13B South
Brooklyn, NY 11201-1804

   *Re:*  **Williams v. The Russo's Payroll Group, Inc.**, *et al.*
      **Case No.: 1:21-cv-2922 (EK) (CLP)**
      <u>**MLLG File No.: 75-2021**</u>

Dear Judge Pollack:

  This office represents Defendants in the above-referenced case. Unfortunately, Defendant Robert Russo, Jr. ("Robbie Russo") passed away unexpectedly on April 16, 2024. In light of the foregoing, counsel for Defendants give notice, pursuant to Rule 25(a)(1).

            Respectfully submitted,

             */s/ Joseph M. Labuda*
             Joseph M. Labuda, Esq.

cc:  Opposing Counsel, via ECF
   client, via email