

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

August 8, 2024

**VIA ECF ONLY**

United States Magistrate Judge Cheryl L. Pollak
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 13B South
Brooklyn, N.Y. 11201-1804

    Re:    ***Kalief Williams v. The Russo's Payroll Group, Inc. et al.***
                  21-cv-02922-EK-CLP

Your Honor-

We represent Plaintiff in the above captioned matter. I write in response to the Court's August 6 order to show cause. Plaintiff does not object to dismissal of defendant Robert Russo Jr. pursuant to Fed. R. Civ. P. 25(a)(1).

We hope the Court will be able to resolve the outstanding discovery disputes so we can move the matter forward to trial.

Sincerely Yours,

Andrew B. Stoll