UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KALIEF WILLIAMS,

                Plaintiff,           **STIPULATION AND ORDER**
                                                       **FOR REFERRAL TO**
                                                           **<u>MEDIATION</u>**

vs.

THE RUSSO'S PAYROLL GROUP, INC. D/B/A     **DOCKET No.** 21-CV-02922
RUSSO'S ON THE BAY AND GIUSEPPE
"JOE" VACCA,

              Defendants.
-------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, that the parties to this action, by and through their respective counsel, voluntarily agree to have the above-captioned case referred for mediation to the Alternative Dispute Resolution (ADR) Program for the Eastern District of New York (EDNY).

| | |
|---|---|
| **STOLL, GLICKMAN & BELLINA, LLP** | **MILMAN LABUDA LAW GROUP, PLLC** |
| Rita A. Sethi, Esq. | Colleen O'Neill, Esq. |
| 300 Cadman Plaza West, 12th Floor | 3000 Marcus Avenue, Ste. 3W8 |
| Brooklyn, New York 11201 | Lake Success, NY 11042 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| /s/ | /s/ |
| Rita A. Sethi, Esq. | Colleen O'Neil, Esq. |

**DATED:** 8/27/2024

                                                  **SO ORDERED:**   /s/ Cheryl L. Pollak
                                                                              United States Magistrate Judge