# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Colleen O'Neil - Partner**
**Direct E-Mail Address: colleen@mllaborlaw.com**
**Direct Dial: (516) 303-1395**

August 29, 2024

**VIA ECF**
Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: **Williams v. The Russo's Payroll Group, Inc.,** *et al.*
> **Case No.: 1:21-cv-2922 (EK) (CLP)**
> **MLLG File No.: 75-2021**

Dear Judge Pollak:

We represent Defendants The Russo Payroll Group, Inc., Robert Russo,[1] and Giuseppe Joe Vacca (collectively the "Defendants") in the above-referenced matter. In accordance with the Court's August 9, 2024 Order (ECF No. 69), Defendants, together with Plaintiff Kalief Williams, write to provide the Court with the following agreed-upon schedule for the remaining depositions in this matter:

| Deponent | Date | Time | Location |
|---|---|---|---|
| Frank Russo, Jr. | 9/10/2024 | 10:00 AM | Virtual |
| Philip Montante | 9/23/2024 | 10:00 AM | Virtual |
| Kalief Williams | 9/11/2024 | 10:00 AM | Offices of Milman Labuda |
| Joanne Russo | 9/16/2024 | 10:00 AM | Virtual |
| Danielle Silva | 9/23/2024 | 10:00 AM | Offices of Milman Labuda |

Thank you for your attention to this matter.

---

[1] As the Court is aware, Robert Russo passed away on April 16, 2024. (*See* ECF No. 67). On August 8, 2024, this Court recommended that the district court dismiss Plaintiff's claims against Robbie Russo. (*See* ECF. No. 68; Report and Recommendation, dated August 8, 2024).

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

*/s/ Colleen O'Neil*

cc: All counsel of record via ECF.