UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KALIEF WILLIAMS,

                *Plaintiff*,

– against –

THE RUSSO'S PAYROLL GROUP, INC., *d/b/a Russo's on the Bay*; ROBERT "ROBBIE" RUSSO; and GIUSEPPE JOE VACCA,

                *Defendants*.

<u>ORDER</u>
21-cv-02922 (NCM) (CLP)

---

**NATASHA C. MERLE**, United States District Judge:

      This Court has received the Sua Sponte Report and Recommendation ("R&R") on the instant case dated August 8, 2024, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed.

      The Court reviews "*de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-cv-00874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-00371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

      Having reviewed the record, the Court finds no clear error. Accordingly, Judge Pollak's R&R is fully adopted as the opinion of the Court pursuant to 28 U.S.C. §

636(b)(1). Plaintiff's claims against defendant Robert "Robbie" Russo are dismissed pursuant to Rule 25(a) of the Federal Rules of Civil Procedure.

    **SO ORDERED**.

                                                                  /s/ Natasha C. Merle
                                                          NATASHA C. MERLE
                                                          United States District Judge

Dated:       September 6, 2024
                Brooklyn, New York