UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KALIEF WILLIAMS,

                                  Plaintiff,

    -against-

THE RUSSO'S PAYROLL GROUP, INC. d/b/a
RUSSO'S ON THE BAY, FRANK RUSSO, JR.,
ROBERT "ROBBIE" RUSSO, and GIUSEPPE
"JOE" VACCA,

                                  Defendants.
------------------------------------------------------------------X

Case No.: 1:21-cv-2922 (NCM) (CLP)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff Kalief Williams ("Plaintiff") and counsel for Defendants The Russo's Payroll Group, Inc. d/b/a Russo's on the Bay and Giuseppe "Joe" Vacca (collectively "Defendants"), that all claims in this action asserted by Plaintiff against the Defendants are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41.

| STOLL, GLICKMAN, & BELLINA, LLP | MILMAN LABUDA LAW GROUP PLLC |
|---|---|
| By: /s/ Andrew Stoll | By: s/ Colleen O'Neil |
| Andrew Stoll, Esq. | Colleen O'Neil, Esq. |
| 300 Cadman Plaza West, 12th Floor | 3000 Marcus Avenue, Ste 3W8 |
| Brooklyn, New York 11201 | Lake Success, New York 11042 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |